This is to advise that on January 10, 2008

Judge Leo M. Gordon

Issued CONFIDENTIAL Slip Opinion 08-2

In action

Ct. No. 06-00134

Consolidated Fibers, Inc., Stein Fibers, Ltd.,
Bernet International Trading, LLC, and
BMT Commodity Corporation,
(Plaintiffs,)

v.

United States
(Defendant.)